80,602-01

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

To Whom it may Concern, on 11-14-2014 my Court Trial Transcript was sent Back To The Galveston County Clerk John D Kinard 600 59Th Street, Suite 4001 P.O. Box 17250 Galveston, Texas 77551

By officer BAKER Here at The Law Library. At The french m Robertson Unit. 12071 FM 3522 Abilene, Texas 79601

On 3-19-2015 I Recieved Them Back Here at The french m Robertson Unit Law Library. So I am asking To Get Time Giving Back To me To file my 11-07 Which would Be from 11-14-2014 To 3-19-2015 when mr Baker Here at The Law Library Recieved Them Back from The Galveston County Clerk, MR John D. Kinard

BeCAUSE A New Disc CD Rome of my Court Trial was missing Volum t2 138 pages of Exibits. And Had To Stop from fileing my 11-07

Could The Court of Criminal Appeals please Give This Lost Time Back To me. "Respectfully yours"

Marcus Anthony Shuff
TDCJ# 1770478

THE STATE OF TEXAS — TDCJ-ID

| | | |
|---|---|---|
| 04, 157 MEDICAL CO-PAY OWED: | .00 | |
| FEDERAL COURT FEE OWED: | .00 | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | |

LOCATION: BLDG 4-E-2 ROW 38    UNIT:    RB

NAME: SHUFF, MARCUS ANTHONY

DATE: 11/26/14    ACCOUNT NUMBER: 01770478

BEGINNING BALANCE: .00

| 11/14 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 04 | AB 000000 000027 POSTAGE | .00 | | .00 |
| 06 | MO R BOTKIN | | 100.00 | 100.00 |
| 06 | PP 000027 000000 | .27 | | 99.73 |
| 10 | CM | 94.97 | | 4.76 |
| 14 | AB 000476 000760 I POSTAGE | 4.76 | | .00 |
| 19 | CM | .00 | | .00 |
| 25 | MO R BOTKIN | | 100.00 | 100.00 |
| 25 | PP 000760 000000 | 7.60 | | 92.40 |
| 26 | CM | 23.70 | | 68.70 |



MONEY WAS TAKEN from my ACOUNT TO PAY foR The postAGE of TRANScripTS BAckTO GAlvesTON. ClerK

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.